UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ANTOL, individually and as next friend of DSA, a minor, and T_A, a minor and SAMANTHA CONKLIN,

    Plaintiffs,

v

ADAM DENT, KARL SCHMITZ, PHILLIP MARSHALL, KATE STRAUSS, CASEY, BRINGEDAHL, TROOPER VOGT, GREGORY A. PAROLINI, WEMET Officer #1 and JEFFREY LEWIS,

    Defendants.

No. 1:14-cv-00793

HON. JANET T. NEFF

---

J. Nicholas Bostic (P40653)
Attorney for Plaintiffs
909 N. Washington Avenue
Lansing, MI 48906
(517) 706-0132

John C. Schrier (P36702)
Attorney for Defendants
Bringedahl, Dent, Lewis, Strauss
Parmenter O'Toole
601 Terrace St
PO Box 786
Muskegon, MI  49443
(231) 722-5401

John G. Fedynsky (P65232)
Attorney for Defendants Schmitz, Marshall, Vogt and Parolini
Michigan Department of Attorney General
Public Employment, Elections & Tort Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

/

**STIPULATED ORDER ADMINISTRATIVELY CLOSING THE CASE PENDING RESOLUTION OF STATE COURT CRIMINAL PROCEEDINGS**

It is hereby stipulated and agreed by the parties, by and through their respective attorneys, that this case should be administratively closed pending the resolution of ongoing criminal proceedings in state court.  The parties further agree that any party may move to reopen this case within 90 days of the resolution of the criminal proceedings in state court.

IT IS ORDERED that this case is ADMINISTRATIVELY CLOSED pending resolution of criminal proceedings in state court.

IT IS FURTHER ORDERED that any party may move to reopen this case within 90 days of the resolution of the criminal proceedings in state court.

IT IS SO ORDERED.

_____
Hon. Janet T. Neff
United States District Court Judge

Dated:

APPROVED FOR ENTRY:

*s/ J. Nicholas Bostic (with consent)*
J. Nicholas Bostic (P40653)
Attorneys for Plaintiff

*s/ John G. Fedynsky*
John G. Fedynsky  (P65232)
Attorney for Defendants Schmitz,
Marshall, Vogt and Parolini

*s/ John C. Schrier (with consent)*
John C. Schrier  (P36702)
Attorney for Defendants Bringedahl,
Dent, Lewis & Strauss